UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

**Case Number:  13-14364-CIV-MARTINEZ-LYNCH**

JENNIFER D. HEARD,

     Plaintiff,

vs.

MARTIN COUNTY SHERIFF'S OFFICE, et
al.,

     Defendants.

_____/

## <u>ORDER DISMISSING CASE WITHOUT PREJUDICE<br>AS TO HEREIN NAMED DEFENDANTS</u>

THIS CAUSE came before the Court upon a *sua sponte* examination of the record.  On

February 12, 2014, this Court entered an Order requiring Plaintiff Jennifer D. Heard ("Plaintiff")

to file a returns of service confirming that service had been properly affected on 61 individual

defendants.  (D.E. No. 88).  Pursuant to this Court's Order to Show Cause, if Plaintiff failed to

file the required proof of service by February 21, 2014, this matter would be immediately

dismissed without prejudice as to those named defendants.  To date, an inspection of the record

in this matter confirms either service upon or an entry of an attorney's appearance on behalf of

only 15 of those 61 defendants.[1]  The remaining 46 defendants have neither been served, waived

_____

[1] (1) Gainesville Police Department (D.E. No. 120 at 17); (2) Mount Dora Police
Department (*Id*. at 14); (3) Osceola County Sheriff's Office (*Id*. at 13); (4) Stuart Police
Department (*Id*. at 7); (5) Randall T. Scoggins (D.E. No. 124); (6) Bob Hansel (D.E. No. 94); (7)
Christine Marie Smith (D.E. No. 120 at 8); (8) Lizette Morales (D.E. No. 120 at 18); (9) Shawn
T. Barnes (*Id*. at 16); (10) Kate Siemer (*Id*. at 15); (11) Gregory T. Douberley (*Id*. at 20); (12)
Linda Kane (D.E. no. 117 at 1); (13) Fabian Pierce (D.E. No. 121 at 13); (14) City of Mount
Dora (D.E. No. 124); (15) City of Port Saint Lucie (D.E. No. 129).

service, or otherwise entered an appearance in this matter.  Additionally, in two instances,

Plaintiff's proof of service confirmed unexecuted summonses.  (D.E. No. 118 at 1, 2).

Accordingly, after careful consideration, it is hereby

ORDERED AND ADJUDGED that the following defendants be **DISMISSED** from this

case **WITHOUT PREJUDICE**:

1. Brevard County Sheriff's Office;

2. Florida Department of Highway Safety and Motor Vehicles;

3. Escambia County Sheriff's Office;

4. Palm Beach Gardens Police Department;

5. Seminole County Sheriff's Office;

6. Pam Bondi;

7. Wayne Ivey;

8. Jenny Nimer;

9. Julie L. Jones;

10. Aurelio L. Ramil;

11. Gerald M. Bailey;

12. David Morgan;

13. Tony Jones;

14. Deryl Loar;

15. Lisa Goodner;

16. Ric L. Bradshaw;

17. Stephen J. Stepp;

18.    Donald F. Eslinger;

19.    Ken J. Mascara;

20.    James Landen;

21.    Earl Edgecomb;

22.    Natasha Monique Willis;

23.    Mac A. Mickens;

24.    Stephanie Westley;

25.    Anthony Schneider;

26.    Glenn Zirkle;

27.    Suzanne B. Clonan;

28.    Christopher Samuels;

29.    Jason Forehand;

30.    Kimberly L. Conyers;

31.    Random Williamson;

32.    Thomas Henderson;

33.    Dennis Beath;

34.    Shannon Dewayne Miller;

35.    David Smith

36.    Fred Massoni

37.    City of Gainesville;

38.    City of Palm Beach Gardens;

39.    Saint Martin County;

40.     Brevard County;

41.     Escambia County;

42.     Indian River County;

43.     Osceola County;

44.     Palm Beach County;

45.     Seminole County; or

46.     Saint Lucie County.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of March, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record

-4-